**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 619 MAL 2021
                                                            :
                        Respondent                 :
                                                            :
                                                            :   Petition for Allowance of Appeal
                                                            :   from the Order of the Superior Court
            v.                                            :
                                                            :
                                                            :
BRIANNA ALBANO,                           :
                                                            :
                        Petitioner                   :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.